AO 440 (Rev. 10/93) Summons in a Civil Action             **RETURN OF SERVICE**

SERVICE OF: **SUMMONS IN A CIVIL CASE, CIS, COMPLAINT**
EFFECTED (1) BY ME: **JOSE ALARCON**
TITLE: **PROCESS SERVER**          DATE: **05/20/2008  02:30PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

MERCK & CO., INC.

Place where served:

ONE MERCK DRIVE   WHITE HOUSE STATION NJ 08889

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOAN DEARBORN

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___         SERVICES $ _____.___         TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 05/20/2008
_____ L.S.
SIGNATURE OF JOSE ALARCON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Linda Grumble 05/20/2008
LINDA GRUMBLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

ATTORNEY:    SETH KATZ, ESQ
PLAINTIFF:   CARROLL GILLIAM
DEFENDANT:   MERCK & CO., INC.
VENUE:       NYDISTRICT
DOCKET:      08 CV 3801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R